IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JAMES BULLARD                                                                       PLAINTIFF

v.                                                       CIVIL ACTION NO. 3:06CV421-HTW-LRA

J.P. MORGAN CHASE & CO.                                                      DEFENDANT

## ORDER OF DISMISSAL

Upon the suggestion of Plaintiff that all claims against the Defendant in this action should be dismissed and there being no further issues for this Court to decide, the Plaintiff hereto desires to dismiss this matter without prejudice, with each to bear their own costs, it is, hereby:

**ORDERED** that the claims asserted against J.P. Morgan Chase & Co. in the above-styled and numbered cause are dismissed without prejudice, and that the parties are to each bear their own costs of court.

SIGNED this 4th day of October, 2006.

s/ HENRY T. WINGATE
CHIEF UNITED STATES DISTRICT JUDGE

Submitted By:

s/ JOSEPH PATRICK FRASCOGNA
Joseph Patrick Frascogna, MSB #8897
FRASCOGNA COURTNEY, PLLC
4400 Old Canton Road, Suite 220
Jackson, Mississippi  39211
  *t*
601.987.3000
  *f*
601.987.3001
  *e* pfrascogna@frascourtlaw.com